### PATCHIN *vs.* PARKHURST.

*Treble costs* means *common costs* and *seventy five per cent.* added thereto.

J. HARRIS moved for retaxation of costs. The defendant was entitled to *treble costs*, but the taxing officer instead of ascertaining the amount by adding to the common costs *seventy five per cent.*, had treble the amount of the common costs, and taxed the bill accordingly. He cited 2 *R. S.* 617, § 24, and *Tidd's Pr. ch.* 40, *tit. Costs*, 992.

October 4

BY THE COURT. Until the revised statutes, the practice, it is believed, has been, where a party was entitled to recover double or treble costs, to double or treble the amount of the common costs, and certify the bill accordingly. The legislature have now defined what they mean by allowing *double costs*, viz. the common costs and one half thereof in addition, adopting the mode of computation common in England. The same principle applied to *treble costs*, entitles the party, 1. To common costs; 2. To half of these and then half of the latter, or seventy five per cent. added to the common costs. There must therefore be a retaxation in this cause.